IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| MOLLY A. MILLS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:13-cv-00014 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | By: Hon. Jackson L. Kiser |
| Acting Commissioner, Social Security | ) | Senior United States District Judge |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Before me is the Report and Recommendation ("R & R") of the United States Magistrate Judge recommending that I affirm the final decision of the Commissioner of Social Security [ECF No. 20]. The R & R was filed on May 5, 2014, and Plaintiff Molly A. Mills ("Plaintiff") filed a timely Objection on May 19, 2014 [ECF No. 21]. The Commissioner offered no response within the subsequent fourteen (14) day period, and the matter is now ripe for review. *See* Fed. R. Civ. P. 72(b)(2). After careful review and consideration, and for the reasons stated in the accompanying Memorandum Opinion, I hereby **OVERRULE** Plaintiff's Objection, **ADOPT** the R & R of the Honorable Joel C. Hoppe, **DENY** Plaintiff's Motion for Summary Judgment [ECF No. 14], **GRANT** the Commissioner's Motion for Summary Judgment [ECF No. 17], and **DISMISS** this case from the active docket of the Court.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record as well as to Magistrate Judge Hoppe.

ENTERED this 12th day of June, 2014.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE